No. 695. ARMOUR & COMPANY v. LOUISVILLE PROVISION COMPANY. November 27, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George P. Fisher* and *Mr. Helm Bruce* for petitioner. *Mr. Edward P. Humphrey, Mr. Alexander P. Humphrey* and *Mr. William W. Crawford* for respondent.

No. 674. EDWARD N. MITTLE v. STATE OF SOUTH CAROLINA. Error to the Supreme Court of the State of South Carolina. December 4, 1922. Petition for a writ of certiorari herein denied. *Mr. Charles A. Douglas, Mr. Hugh H. Obear* and *Mr. Cole L. Blease,* for plaintiff in error, in support of the petition. *Mr. Samuel M. Wolfe,* for defendant in error, in opposition to the petition. [See *ante,* 705.]

No. 682. WAGNER ELECTRIC MANUFACTURING COMPANY v. WESTINGHOUSE ELECTRIC & MANUFACTURING COMPANY. December 11, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Melville Church* and *Mr. Edwin E. Huffman* for petitioner. *Mr. Paul Bakewell* and *Mr. John C. Kerr* for respondent.

No. 708. TOM REED GOLD MINES COMPANY v. UNITED EASTERN MINING COMPANY. December 11, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Arizona denied. *Mr. William E. Colby* for petitioner. *Mr. John P. Gray* for respondent.

No. 709. UNION TRUST & SAVINGS BANK, AS TRUSTEE, ETC., ET AL. v. SOUTHERN TRACTION COMPANY OF ILLINOIS ET AL. December 11, 1922. Petition for a writ of cer-